NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:   Docket Number 2019-CJ-1023

State of Louisiana in the Interest of L.P.

22nd Judicial District Court
Case #: 9681
St. Tammany Parish

On Application for Rehearing filed pm 07/15/2020 by Mark Jackson

Rehearing   denied

_____
Page McClendon

_____
Jewel E. "Duke" Welch

_____
Guy Holdridge

Holdridge J. dissents and would grant the re-hearing
Guy HNS

Date   AUG 1 2 2020

_____
Rodd Naquin, Clerk